

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARCELINO FRED RODRIGUEZ, | § | No. 08-14-00046-CR |
| Appellant, | § | Appeal from the |
| v. | § | 292nd District Court |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1061194-V) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 10, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Nanette Hendrickson, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **June 10, 2014.**

IT IS SO ORDERED this 14th day of May, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.